UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE CONTINENTAL INSURANCE COMPANY,

        Plaintiff,

vs.                     Case No.  2:04-cv-358-FtM-33SPC

ROBERT L. CONOVER; ANNA L. CONOVER,

        Defendants.

_____

## ORDER

This matter comes before the Court sua sponte.  On May 9, 2005 a Mediation Report was filed (Doc. #41) by the mediator indicating that an agreement between the parties was reached.  However, until advised as to the status of the settlement proceedings in this matter, the Court is unable to take appropriate action pursuant to Local Rule 3.08.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Within **ELEVEN DAYS** of the date of this Order, the parties are directed to advise the Court as to the status of settlement in this matter.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this  23rd  day of May, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record