UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE CONTINENTAL INSURANCE COMPANY,

    Plaintiff,

vs.                         Case No.   2:04-cv-358-FtM-33SPC

ROBERT L. CONOVER; ANNA L. CONOVER,

    Defendants.
_____

ORDER

    This matter comes before the Court on Notice of Settlement and Plaintiff, The Continental Insurance Company's Notice of Voluntary Dismissal with Prejudice (Doc. #44) filed on May 31, 2005. The parties stipulate that the matter has been settled and request that the matter be dismissed with prejudice.

    Accordingly, it is hereby

    **ORDERED, ADJUDGED,** and **DECREED**: that this case is **DISMISSED** with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). The Clerk is directed to enter judgment accordingly and close the file. The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

    **DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 3rd day of June, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

`Case 2:04-cv-00358-VMC-SPC   Document 45   Filed 06/03/05   Page 2 of 2 PageID 153`

Copies:

All Counsel of Record